# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DARAN COHN, *Plaintiff* | : | CIVIL ACTION |
| v. | : | |
| PENNSYLVANIA STATE UNIVERSITY, *Defendant* | : | No. 19-2857 |

## ORDER

**AND NOW**, this 13th day of November, 2019, upon consideration of the Plaintiff's Motion for Extension of Time requesting a 60-day extension to respond to Defendant's motion to dismiss (Doc. No. 10), it is **ORDERED** that Plaintiff's motion (Doc. No. 10) is **GRANTED IN PART and DENIED IN PART**. Plaintiff's response to Defendant's motion to dismiss (Doc. No. 5) is due on or before December 12, 2019.

BY THE COURT:

/s/ Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE