# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DARAN COHN, | : | |
|    Plaintiff | : | No. 1:20-cv-00961 |
| | : | |
| v. | : | (Judge Kane) |
| | : | |
| PENNSYLVANIA STATE UNIVERSITY, | : | |
|    Defendant | : | |

## ORDER

**AND NOW**, on this 21st day of June 2022, in light of Plaintiff's failure to respond to the Court's Orders—including the May 24, 2022 Order by which the Court directed her to explain why she believes this case should not be dismissed for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b)—and in accordance with the Memorandum entered concurrently with this Order, **IT IS ORDERED THAT** the above-captioned action is **DISMISSED WITH PREJUDICE** pursuant to Federal Rule of Civil Procedure 41(b). **IT IS FURTHER ORDERED THAT** the Clerk of Court is directed to **CLOSE** the above-captioned action.

                                                     s/ Yvette Kane
                                                   Yvette Kane, District Judge
                                                   United States District Court
                                                   Middle District of Pennsylvania